UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
SEP 1 1 2012
CLERK, US DISTRICT COURT
NORFOLK, VA

LEONARDO TUCKER, #1198909,

    Petitioner,

v.    ACTION NO. 2:12cv40

HAROLD W. CLARKE,
Director, Department of Corrections,

    Respondent.

### FINAL ORDER

Petitioner, a Virginia inmate, submitted a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 alleging violation of federal rights pertaining to Petitioner's convictions on December 4, 2006, in the Circuit Court for the City of Hampton for aggravated malicious wounding and possession of a firearm. As a result of the convictions, Petitioner was sentenced to serve twenty-three years in the Virginia penal system.

The matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for report and recommendation. The Report and Recommendation filed August 1, 2012, recommends dismissal of the petition. Each party was advised of his right to file written objections to the findings and recommendations made by the Magistrate

Judge. On August 10, 2012, the Court received Petitioner's Objections to the Report and Recommendation (ECF No. 11).

The Court, having reviewed the record and examined the objections filed by Petitioner to the Report and Recommendation, and having made de novo findings with respect to the portions objected to, does hereby adopt and approve the findings and recommendations set forth in the Report and Recommendation filed August 1, 2012. It is, therefore, ORDERED that the petition be DENIED and DISMISSED. It is further ORDERED that judgment be entered in favor of Respondent.

Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right," therefore, the Court declines to issue any certificate of appealability pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure. See Miller-El v. Cockrell, 537 U.S. 322, 335-36 (2003).

Petitioner is hereby notified that he may appeal from the judgment entered pursuant to this Final Order by filing a written notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within 30 days from the date of entry of such judgment.

The Clerk shall mail a copy of this Final Order to Petitioner and counsel of record for Respondent.

/s/
Rebecca Beach Smith
Chief United States District Judge

Rebecca Beach Smith
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
September 11, 2012